**FILED**

AUG 2 0 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

## COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983

Name ___Bradford, Patrick___

    (Last)           (First)           (Initial)

Prisoner Number ___P-95665___

Institutional Address ___Correctional Training Facility___
    ___P.O. Box 689, Soledad, Calif. 93960___

==================================================

E-filing

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

**VRW**

Patrick Bradford
(Enter the full name of plaintiff in this action.)

        vs.

James E. Tilton, Secretary, (CDCR)

Ben Curry, Warden, (CTF)

Joseph Chudy, CMO, (CTF)

Timothy Friederichs, M.D. (CTF)
(Enter the full name of the defendant(s) in this action)  Et.Al.

CV 08 3984

Case No. _____
(To be provided by the clerk of court)

**COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983**

*[All questions on this complaint form must be answered in order for your action to proceed..]*

I.    Exhaustion of Administrative Remedies

    [**Note:** You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.]

    A.    Place of present confinement ___Correctional Training Facility___

    B.    Is there a grievance procedure in this institution?

        YES (XX)    NO ( )

    C.    Did you present the facts in your complaint for review through the grievance procedure?

        YES (XX)    NO ( )

    D.    If your answer is YES, list the appeal number and the date and result of the appeal at
    Appeal No. 08-00498

COMPLAINT           - 1 -

1    each level of review. If you did not pursue a certain level of appeal, explain why.

2    1. Informal appeal ___ **Due to the medical nature of the**

3    **complaint, bypassed at the informal level on**

4    **February 7, 2008**

5    2. First formal level ___ **Due to the medical nature of the**

6    **complaint, bypassed at the first informal level on**

7    **February 7, 2008**

8    3. Second formal level ___ **Denied without opinion on March 21,**

9    **2008**

10

11    4. Third formal level ___ **Denied June 13, 2008**

12    **see, exhibit B**

13

14    E.    Is the last level to which you appealed the highest level of appeal available to you?

15        YES ( X)    NO ( )

16    F.    If you did not present your claim for review through the grievance procedure, explain

17    why. ___ **not applicable**

18

19

20    II.    Parties

21    A.    Write your name and your present address. Do the same for additional plaintiffs, if any.

22    **Patrick Bradford    Prisoner I.D. number P-95665**

23    **Correctional Training Facility, P.O. Box 689**

24    **Soledad, Calif. 93960-0689**

25    B.    Write the full name of each defendant, his or her official position, and his or her place of

26    employment.

27    **The name, title, and place of employment of each defendant is**

28    **listed on the following page.**

COMPLAINT                           - 2 -

1   James E. Tilton, Secretary
2   California Department of Corrections
3   and Rehabilitation (CDCR)
4   P.O. Box 942883
5   Sacramento Calif. 94283-0001

6

7   Ben Curry, Warden,
8   Correctional Training Facilty (CTF)
9   'P.O. Box 686
10  Soledad, Calif. 93960-0686

11

12  Joseph Chudy, Chief Medical Officer
13  Correctional Training Facility (CTF)
14  Medical Department
15  P.O. Box 686
16  Soledad,Calif. 93960-0686

17

18  Timothy Friederichs, Medical Doctor
19  Correctional Training Facility (CTF)
20  Medical Department
21  P.O. Box 686
22  Soledad, Calif. 93960-0686

23

24  Defendants are represented by,
25  Edmund G. Brown Jr. Attorney General
26  State of California
27  455 Golden Gate Ave. Suite 11000
28  San Francisco, Calif. 94102-7004

COMPLAINT

1  The name, official position, and place of employment of
2  each defendant is listed on the previous page 2(a)

3

4  III.   Statement of Claim

5      State here as briefly as possible the facts of your case. Be sure to describe how each

6  defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any

7  cases or statutes. If you have more than one claim, each claim should be set forth in a separate

8  numbered paragraph.

9  Prison officials acted with deliberate indifference by
10  failing to reasonably respond to or treat plaintiffs serious
11  medical needs of chronic back pain, resulting in the
12  unnecessary or wanton infliction of pain. Prison officials,
13  specifically Dr. Friederichs, in his professional and
14  individual capacity, has failed to prescribe pain
15  medication to allieviate the problem on a regular or
16  consistent basis. PLAINTIFF OFTEN GOES WEEKS WITHOUT PAIN
17  MEDICATION because prison officials either can not, or will
18  not, properly diagnose his medical condition or prescribe
19  the necessary medication.

20

21

22  IV.   Relief

23      Your complaint cannot go forward unless you request specific relief. State briefly exactly what

24  you want the court to do for you. Make no legal arguments; cite no cases or statutes.

25                    Injunctive Relief Requested
    (A) medically unassign plaintiff from his education
26
    class pending a second opinion by another doctor other than
27
28  defendant Friederichs.

COMPLAINT                    - 3 -

<u>Paragraph I. contd.</u>

Dr. Friederichs has shown a clear deliberate indifference to

plaintiffs overall medical needs by failing to react

reasonably in accomodating plaintiff with a lower bunk(bed)

and ground floor cell which plaintiff has had for the past ten

years. In fact, prison officials in retaliation recinded

plaintiffs reasonable accomodation chrono, see, exhibit A,

for a one year period and reduced it to a three month period

when plaintiff repeatedly complained of back pain, which

shows a deliberate indifference by percieving plaintiff as

not having a serious medical need, or not worthy of

treatment. Additionally, plaintiff is a member of an

identifiable group of mentally impaired inmates being

prescribed psychotropic medications which leaves him

incoherent and unable to function at a level sufficient to

maintain a work, school, or vocational assignment. As a

result plaintiff had requested to be removed from his

assignment because he has been unable to sit all day in a

classroom on a hard wooden chair that further aggravates

his condition. see, Administrative Appeal exhibit B,

Dr. Friederichs and other defendants were reasonably aware

knew, or should have known that requiring mentally and

medically impaired or dysfunctional inmates to sit in a

classroom all day under these conditions would place

plaintiff, other inmates, and staff at risk of serious

harm or injury if left unabated, yet still have allowed

this course of conduct by staff members to continue when the

risk was obvious, which shows a deliberate indifference.

COMPLAINT          3(a)

1   Paragraph II.

2

3   James E. Tilton is Secretary, California Department of
4   Corrections and Rehabilitation, and is responsible for the
5   supervision, management, and control of state prisons and its
6   employees. He is also responsible for the medical and mental
7   health care, custody, discipline, and reasonable safety of all
8   persons confined therein. Defendant Tilton was aware when
9   plaintiff filed a grievance at the directors level, that
10  failure to provide constitutionally adequate medical and mental
11  health care to prisoners under his control contravenes the
12  Eighth Amendment, and shows a deliberate indifference to the
13  plaintiffs overall medical needs. Defendant Tilton also knew,
14  or should have known that requiring medically impaired, or
15  mentally dysfunctional inmates to engage in prolonged work,
16  school, or vocational assignments would place plaintiff, other
17  inmates, and staff at risk of serious harm or injury, yet have
18  failed to take reasonable measures to abate such risk when it
19  was obvious, which shows a clear and deliberate indifference
20  to the plaintiffs overall medical and mental health needs
21  while acting under color of state law.

22

23

24

25

26

27

28

Complaint              3(b)

1    Paragraph III.

2

3    Ben Curry in his official and individual capacity is Warden at

4    Correctional Training Facility, Soledad, California and is

5    responsible for its daily operations, supervision, and

6    management of all the institutions civilian and correctional

7    employees. He is also responsible for the medical and mental

8    health care, custody, discipline, and reasonable safety of all

9    persons confined therein. Defendant Curry was aware when

10   plaintiff filed a grievance at the second level, that failure

11   to provide constitutionally adequate medical and mental health

12   care contravenes the Eighth Amendment, and shows a deliberate

13   indifference to the plaintiffs overall medical needs.

14   Defendant Curry, also knew or should have known that requiring

15   medically impaired, or mentally dysfunctional inmates to engage

16   in prolonged work, school, or vocational assignments under

17   these conditions constitutes cruel and unusual punishment, and

18   would otherwise place plaintiff, other inmates, and staff, at

19   risk of serious harm or injury, yet have failed to take

20   reasonable measures to abate such risk when it was obvious,

21   which shows a clear and deliberate indifference to plaintiffs

22   overall medical and mental health needs while acting under

23   color of state law.

24

25

26

27

28

Complaint            3(c)

Statement of Claim

1  Paragraph IV.

2

3  Joseph Chudy in his official and individual capacity,

4  is Chief Medical Officer at Correctional Training Facility,

5  Soledad, California and is responsible for the overall daily

6  operations  of the medical department and its employees. He is

7  also responsible for reasonable and adequate health care of

8  persons confined therein. Dr. Chudy had personal knowledge

9  and participated by formulating the policy that recinded

10  plaintiffs reasonable accomodation request for lower bunk (bed)

11  and ground floor cell, and was aware in the foreseeable future

12  that taking away plaintiffs lower bunk(bed) and ground floor

13  cell would result in further substantial serious injury to

14  plaintiffs back, yet ignored this risk, and failed to take

15  reasonable measures to abate such risk when it was obvious.

16  Defendant Chudy,s actual knowledge and participation shows

17  a deliberate indifference to the plaintiffs overall safety

18  and medical health care needs, which contravenes the Eighth

19  Amendment while acting under color of state law.

20

21

22

23

24

25

26

27

28

Complaint                3(d)

## Injunctive Relief Requested

(B) Immediately prescribe plaintiff appropriate pain medication
for a reasonable period of time.

(C) Permanently place plaintiff in a lower bunk (bed) and
ground floor cell due to mobility impairment.

## Declaratory Relief Requested

(D) Plaintiff wishes to enjoin defendants from the pattern
and practice of requiring medically impaired or mentally
dysfunctional inmates from attending work, school, or
vocational assignments while under doctors care.

## Compensatory Damages Requested

(E) Compensate plaintiff in the amount of Fifty Thousand
Dollars, 50,000 for the unnecessary and wanton infliction
of pain.

(F) Any other punitive damages as the court may deem appropriate.

COMPLAINT                                                    3(e)

1                Declaratory, injunctive, and compensatory

2                  relief requested

3                    see, pages 3 and 3 (e)

4    I declare under penalty of perjury that the foregoing is true and correct.

5

6    Signed this _____ 8 _____ day of _____ 15 _____, 20 8

7

8                             Patrick Bradford

9                       (Plaintiff's signature)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COMPLAINT                           - 4 -

# EXHIBIT

## A

BRADFORD P-95665
C-129L

**IAME and NUMBER**

CDC-128-C

## CENTINELA STATE PRISON

NAME: **BRADFORD, Patrick**          CDC#: P95665          HOUSING: D4-108L

Please allow this inmate to have a L O W E R B U N K / L O W E R T I E R for one year due to a chronic musculoskeletal condition.

Orig:   C-File
  cc:   Health Record
        Housing
        Inmate
        CCII

**DONALD THORNTON, M.D.**
Staff Physician
Centinela State Prison

**Date:** July 10, 2002   (ss)

**)ATE**

**MEDICAL—PSYCHIATRIC—DENTAL**

NAME BRADFORD   NUMBER P95665   HOUSE CW-129L   CTF-C   CDC-128-C

RESCIND LOWER BUNK, AND PHYSICAL LIMITATIONS CHRONO.

ORIG: C-FILE
COPY: UNIT SGT.
   INMATE
   D.CCI
   ASSIGN. LT.
   CONTROL
   MEDICAL FILE
   CHRONO FILE

DATE: 5/13/08                    CTF - SOLEDAD
                                 cf

T. LEE, N.P.
NURSE PRACTITIONER

JOSEPH CHUDY, M. D.
CHIEF MEDICAL OFFICER

MEDICAL- PSYCHIATRIC- DENTAL

ATE OF CALIFORNIA                                                                    DEPARTMENT OF CORRECTIONS

## COMPREHENSIVE ACCOMMODATION CHRONO    X  1.3 )

**INSTRUCTIONS:** A physician shall complete this form if an inmate requires an accommodation due to a medical condition. Circle P if the accommodation is to be permanent, or T if the accommodation is to be temporary. If the accommodation is temporary, write the date the accommodation expires on the line. A new form shall be generated when a change to an accommodation is required or upon renewal of a temporary accommodation. Any new form generated shall include previous accommodations, if they still apply. Chronos indicating permanent accommodations shall be reviewed annually. This form shall be honored as a permanent chrono at all institutions.

### HOUSING

| | | | |
|---|---|---|---|
| ne | | Bottom Bunk | P/T  4yr |
| rrier Free/Wheelchair Access | P/T _____ | Single Cell (See 128-C date: _____ ) | P/T _____ |
| ound Floor Cell | P/T 3 amo | Permanent OHU / CTC (circle one) | P/T _____ |
| ntinuous Powered Generator | P/T _____ | Other _____ | P/T _____ |

### MEDICAL EQUIPMENT/SUPPLIES

| | | | |
|---|---|---|---|
| ne | | Wheelchair: (type) _____ | P/T _____ |
| ab Prosthesis | P/T _____ | Contact Lens(es) & Supplies | P/T _____ |
| ace | P/T _____ | Hearing Aid | P/T _____ |
| utches | P/T _____ | Special Garment: | |
| ne: (type) _____ | P/T _____ | (specify) _____ | P/T _____ |
| lker | P/T _____ | Rx. Glasses: _____ | P/T _____ |
| ssing/Catheter/Colostomy Supplies | P/T _____ | Cotton Bedding | P/T _____ |
| ne: (specify) _____ | P/T _____ | Extra Mattress | P/T _____ |
| lysis Peritoneal | P/T _____ | Other _____ | P/T _____ |

### OTHER

| | | | |
|---|---|---|---|
| 1e | | Therapeutic Diet: (specify) | P/T _____ |
| endant to assist with meal access | P/T _____ | | |
| other movement inside the institution. | | Communication Assistance | P/T _____ |
| ndant will not feed or lift the inmate/patient | | Transport Vehicle with Lift | P/T _____ |
| erform elements of personal hygiene. | | Short Beard | P/T _____ |
| eelchair Accessible Table | P/T _____ | Other _____ | P/T _____ |

### PHYSICAL LIMITATIONS TO JOB ASSIGNMENTS

ed on the above, are there any physical limitations to job assignments?   ☐ Yes   ☒ No

es, specify: _____

| | | |
|---|---|---|
| TITUTION  CTF | COMPLETED BY (PRINT NAME) | TITLE |
| | Timothy Friederichs, M.D. | |
| IATURE   L. Frieder | DATE  1-9-08 | CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH |
| /CMO SIGNATURE | DATE  1-9-8 | CTF Soledad |
| LE ONE)   APPROVED / DENIED | | P95665 |
| | | Bradford, Patrick |
| MPREHENSIVE ACCOMMODATION CHRONO | | |

State of California                    Department of Corrections and Rehabilitation

## MEDICAL/MENTAL HEALTH VERIFICATION

1824 Log #  CTF-S·08·00498

Inmate: DEAd ForD  P95665

Date Assigned by IAC: 2/13/08

Date Received by MAC: 2/22/08

Date Medical File Reviewed: 2/22

Medical file reviewed and medical verification sent to the Institutional Appeals

Coordinator on 2/22  Verification attached: 0  1845  0  Work

Restriction chrono 0  Temporary Medical Un-assignment chrono _____

Other Accommodation Chrono CDC 7410 _____

Patient evaluated on 2/20/08, Medical Verification unavailable. Outside
consultation recommended. Outside consultation requested on 0 .

CDC 1824 suspended 0 .

Outside consultation report received by this institution on 0 .
Outside consultation report returned to IAC on 0 .

K. DENNIS, SSA                           2/22/08
Medical Appeals Coordinator              DATE

**EXHIBIT**

B

**INMATE/PAROLEE**
**APPEAL FORM**
CDC 602 (12/87)

Location:  Institution/Parole Region          Log No. 08-00498   Category 18-19
1.  CTF-S                                      1.
2.                                             2.

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

CTF-C

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|---|---|---|---|
| BRADFORD, PATRICK | P-95665 | ABE 1 ACADEMIC | CW 129L |

A. Describe Problem: ON 2-6-08 I Recieved A Full Time Work DUCAT. Do To My Mental illness + the Level of care I am Recieving, Medication that puts me to sleep During Morning + After noon Hours. I will Not be able to Cope Nor Function in Education do to My Medication Side effects + my Depression th; is why I am not going to ~~ Attend Education

If you need more space, attach one additional sheet.

B. Action Requested: TO HAVE THE SPACE I Need While I am currently being treated for this Mental illness Give A DPP CHRONO + ~~ A.S.A.P. Thank You

Inmate/Parolee Signature: Patrick Bradford     Date Submitted: 2 6 08

C. INFORMAL LEVEL (Date Received: _____)

Staff Response: _____

**BYPASS**

INMATE APPEALS BRANCH
APR 14 2008
RECEIVED

Staff Signature: _____     Date Returned to Inmate: _____

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

**BYPASS**

INMATE APPEALS BRANCH
MAY -8 2008
RECEIVED

Signature: _____     Date Submitted: _____
Note: Property/Funds appeals must be accompanied by a completed
Board of Control form BC-1E, Inmate Claim

RECEIVED
FEB 22 2008
CTF
MEDICAL APPEALS

RECEIVED
FEB 7 2008
CTF APPEALS

CDC Appeal Number:
08-00498

First Level    ☐ Granted    ☐ P. Granted    ☐ Denied    ☐ Other _____

E  REVIEWER'S ACTION (Complete within 15 working days): Date assigned: _____ Due Date: _____

Interviewed by: _____

_____

_____

_____

_____

_____

_____

Staff Signature: _____  Title: _____  Date Completed: _____
Division Head Approved:                                        Returned
Signature: _____  Title: _____  Date to Inmate: _____

F.  If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response.

_____

_____

_____

_____

Signature: _____  Date Submitted: _____

Second Level    ☐ Granted    ☐ P. Granted    ☒ Denied    ☐ Other _____    **MAR 21 2008**

G.  REVIEWER'S ACTION (Complete within 10 working days): Date assigned **MAR 7 2008**  Due Date: **MAR 21 2008**
☒ See Attached Letter

Signature: _____  Date Completed: _4/29/08_
Warden/Superintendent Signature: _____  Date Returned to Inmate: _____

H.  If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

I dis-agree with this action do
to my Mental + Physical Condition
taking medications for Depression +
my back pain keeps me impaired and
sleepy in the morning I need to be on
medical UNASSIGNMENT based on this

Signature: _Patrick Bradford_    Date Submit _4-10-08_

For the Director's Review, submit all documents to: Director of Corrections
P.O. Box 942883
Sacramento, CA 94283-0001
Attn: Chief, Inmate Appeals

0724365

DIRECTOR'S ACTION:    ☐ Granted    ☐ P. Granted    ☒ Denied    ☐ Other _____
☒ See Attached Letter

Date: JUN 1 3 2008

CDC 602 (12/67)

I'M BRADFORD P-43085 CW-129L

COMPREHENSIVE ACCOMMODATION CHRONO
HAS BEEN UP DATED AND DOES STATE
LIMITATIONS to Health condition in
medical file BASED ON THE FORE-
going I AM Not Physically ABLE
to sit up iN A CLASS ROOM Do to
MY CHRONIC BACK PAIN + THE TYPE
OF Side Effects of PSYCHIATRICS
Medication + THE MEDICATION I AM
RECIEVING FOR MY BACK PAIN # 3's
TYLONOL CODIENE. I CANNOT Function
BASED ON MY Current STATE of
Meds + PHYSICAL CONDITION. I
Need TO be medicALLY UNAsignd

NAME AND NUMBER _Bradford P95665_ CTF ON HOUSE _C 129_ CDC 128C

## "PHYSICAL LIMITATIONS"

1. BASED ON THIS INDIVIDUAL'S:

_____ acute *medical* condition
✓ chronic *medical* condition
_____ temporary disability
_____ permanent disability (see 1845)
impacting placement: _____ yes _____ no

2. THE FOLLOWING ACTIVITY RESTRICTIONS ARE RECOMMENDED:

*movement/position*

✓ no prolonged standing (not longer than _____ minutes every _____ minutes)
✓ no prolonged sitting (not longer than _30_ minute every _60_ minutes)
_____ no climbing
✓ no bending, stooping or twisting
_____ no lifting over _20_ pounds
_____ no crawling
_____ no prolonged walking (not more than _____ feet without resting)
_____ no use of (R / L / both) arm(s)   Restrictions: _____
_____ no weight bearing (R / L) leg
_____ limited weight bearing (R / L) leg
_____ other _____

*environment*

_____ may not work around heat
_____ may not work around or use machinery
_____ may not work at heights
_____ may not work with hands in water
_____ may not work outdoors
_____ may not work in dusty areas
_____ other _____

START DATE: _2/21/08_

END DATE: _8/21/08_   Duration: (approx) _6 mo._

AUTHORITY: _[signature]_   DATE: _2-21-28_
PHYSICIAN



Timothy Friederichs, M.D.
Physician & Surgeon
CTF Soledad

ORIG: C-FILE
COPY: UNIT SGT
INMATE
CONTROL
CCI
ASSIGN. LT
CHIEF NURSE
MEDICAL FILE
CHRONO FILE

STATE OF CALIFORNIA·
MENTAL HEALTH INTERDISCIPLINARY TREATMENT
TEAM HOUSING/PROGRAM RECOMMENDATION
CDCR 128-MH8 (07/07)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

## MENTAL HEALTH INTERDISIPLINARY TREATMENT TEAM
## HOUSING/PROGRAM RECOMMENDATION

NAME Bradford, Patrick (Last, First) CDC# P95665 INSTITUTION CTF HOUSING C-129L

This inmate is currently included in the following mental health level of care:
☐ None     ☑ CCCMS     ☐ EOP     ☐ DMH – Referral accepted _____
                                                              Date

This inmate was reviewed by the Interdisciplinary Treatment Team and the following determination was made that should be considered in housing and placement decisions.

☐ This inmate has mental needs that can be met in the following program(s):
   (See instructions for acronym definitions)

   ☐ MSF          ☐ CCP (Camp)       ☐ RCP (Restitution Center)

   ☐ CCF/MCCF     ☐ CPMP             ☐ FFP

   ☐ TTP          ☐ DTF

Mental health care can be provided and has been arranged at the following locations(s)
(MANDATORY IF A PROGRAM ABOVE IS INDICATED):

| Program: | Institution: | Contact Clinician: | Phone Number: |
| Program: | Institution: | Contact Clinician: | Phone Number: |
| Program: | Institution: | Contact Clinician: | Phone Number: |

☐ This inmate meets clinical criteria for transfer for treatment of exhibitionism.

☐ This inmate may be included in general population vocational or educational programming
   (required only for inmate-patients receiving Enhanced Outpatient Program level of care)

☑ Other (e.g. Single or Double-Cell recommendation based on a mental health condition): Removal from Education

It is recommended that inmate be removed from education for 45 days to address mental health concerns. Will re-evaluate at the end of the 45 days.

Seese, Psy.D. _____     _____ Clinician's Signature     3-4-08 IDTT Date
Clinician's Name

_____     Moeen Bhatti _____
Team Leader Signature     Chief of Mental Health or Designee Signature
CCI T. Verdesota     Moeen Bhatti, M.D.

Distribution White – Central File; Blue – Unit Health Record



**DEPARTMENT OF CORRECTIONS**
Correctional Training Facility
Soledad, California

S U P P L E M E N T A L   P A G E

RE:  CTF APPEAL LOG No. CTF-S-08-00498
First Level Reviewer's Response

**BRADFORD**             **P-95665**                    **CW-129L**


**APPEAL DECISION:**     **DENIED**


**APPEAL ISSUE:**        **ADA**

**DISCUSSION OF FINDINGS:**

Bradford was interviewed on 2/28/08 and stated that the medication he is currently taking makes him drowsy in the morning. Bradford's Medical File was reviewed for this appeal with no Medical Unassignment or Restrictions noted in the file. Additionally, the attached CDCR 7410 Comprehensive Accommodation Chrono states Bradford has no physical limitations to job assignments. Bradford was informed that he could not be removed from his job assignment via committee until medical staff has issued the necessary medical chronos.


**DISPOSITION:**

Your Medical File was reviewed for documentation pertaining to your alleged disability on 2-22-08. There is no documentation in your Medical file that would prevent you from attending your assignment in Education. Per California Code of Regulation, Title 15, Section 3043.5 (d) (2); *Only when an inmate's documented limitations are such that the inmate, even with reasonable accommodation, is unable to perform the essential functions of any work, academic, vocational or other such program, will the inmate be placed in one of the two following categories by a classification committee: Temporary medical/psychiatric unassignment or Medically disabled.*




D. Silva                                        I. Guerra
Correctional Counselor II, Unit-III             Facility Captain, Unit III
CTF-Central                                     CTF-Central


cc:    Appeals Office File
       Inmate's Central File

**DEPARTMENT OF CORRECTIONS**
**Correctional Training Facility**
**Soledad, California**

## SUPPLEMENTAL PAGE

<u>RE:</u>   CTF APPEAL LOG No. **CTF-S-08-00498**
          Second Level Reviewer's Response

**BRADFORD**              **P-95665**                    **CW-129L**

<u>APPEAL DECISION:</u>      **DENIED**

<u>APPEAL ISSUE:</u>         **ADA**

<u>APPEAL RESPONSE:</u>

In your appeal, you state the following:

(1) That on 2/6/08, you received a Full Time Work Ducat.

(2) That the medication you receive for your Mental Illness puts you to sleep during the morning and afternoon hours.

(3) That you will not be able to function or cope in education due to your medication's side effects and depression.

(4) That you will not be attending education.

(5) That you would like the necessary space that you need while you are currently being treated for your mental illness and to be dropped from Education.

On February 28, 2008, CCII, D. Silva, interviewed you in order to provide you the opportunity to explain your appeal and present supporting information or documents. During the interview, you reiterated what you had stated in your appeal. Your appeal was DENIED at the First Level of Review.

Dissatisfied with the First Level Response you resubmitted your appeal for a Second Level of Review.

A thorough review of your appeals' package, all of your attachments and your Central File has been completed and revealed the following:

(1) On 2/6/08, you were assigned to position number ABEAC.322 in the Education Department. On said date, you submitted your appeal and requested to be unassigned from education.

(2) On 2/22/08, in preparation for a response to your appeal, the Medical Appeals Coordinator, K. Dennis, completed a Medical/Mental Health Verification. Noted was a CDCR 7410 Comprehensive Accommodation Chrono dated 2/27/08 which documents that you are to be accommodated as follows;

    a. Assignment to a bottom bunk
    b. Temporary assignment to a Ground Floor Cell (3 months)

Second Level Reviewer's Response
CTF Appeal Log #**CTF-S-08-00498**
Page 2 of 2

> *(3)* There is no documentation in your Medical or Central files which would prevent you
> from attending your assignment in Education. California Code of Regulation, Title
> 15, Section 3043.5 (d) (2) states the following;
>
> > *Only when an inmate's documented limitations are such that the inmate,*
> > *even with reasonable accommodation, is unable to perform the essential*
> > *functions of any work, academic, vocational or other such program, will*
> > *the inmate be placed in one of the two following categories by a*
> > *classification committee: Temporary medical/psychiatric unassignment*
> > *or Medically disabled.*

'You have not presented any additional or new information to which would change the decision
rendered at the First Level of Review. Based on the aforementioned, your appeal is DENIED at
the Second Level of Review.

Reviewed By: _____    Date    **3-7-08**
          J. Wiggins, Associate Warden (A), Central Facility

          _____    Date    **3-13-08**
          B. Curry, Warden

cc:  Appeals Office File
     Inmate's Central File

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE APPEALS BRANCH
P. O. BOX 942883
SACRAMENTO, CA 94283-0001

## DIRECTOR'S LEVEL APPEAL DECISION

Date:   JUN 1 3 2008

In re:   Patrick Bradford, P95665
Correctional Training Facility
P.O. Box 686
Soledad, CA 93960

IAB Case No.: 0724369          Local Log No.: CTF-08-00498

This matter was reviewed on behalf of the Director of the California Department of Corrections and Rehabilitation (CDCR) by Appeals Examiner C. Hammond, Staff Services Manager I. All submitted documentation and supporting arguments of the parties have been considered.

**I   APPELLANT'S ARGUMENT:** The appellant states on February 6, 2008, he received a full-time work ducat at the Correctional Training Facility (CTF). He states that due to his mental illness and the medications he is receiving at his level of care, he is unable to stay awake during the morning and afternoon hours. He states he will be unable to attend and function in education. The appellant requests accommodation to give him the "space" he needs while he is currently being treated for this mental illness. He requests to be given a "drop chrono" from education as soon as possible.

**II   SECOND LEVEL'S DECISION:** At the First Level of Review (FLR), D. Silva, CC II, interviewed the appellant on February 28, 2008, who stated the medication he is currently receiving makes him drowsy in the morning. On February 22, 2008, a review of the appellant's Unit Health Record (UHR) indicated there was no mention of restrictions or medical unassignment in the file. Additionally, the attached CDC Form 7410, Comprehensive Accommodation Chrono (CAC), dated January 9, 2008, states the appellant has no physical limitations to his current job assignment. The appellant was informed in accordance with the California Code of Regulations, Title 15, Section (CCR) 3043.5 (d)(2); "Only when the inmate's documented limitations are such that the inmate, even with reasonable accommodation, is unable to perform the essential functions of any work, academic, vocational or other such program, will the inmate be placed in one of the two following categories by a classification committee:   Temporary medical/psychiatric unassignment or medically disabled." He could not be removed from his job assignment via committee until the medical staff issues the appropriate CAC. The appeal was denied at the FLR on February 28, 2008.

At the Second Level of Review (SLR), a thorough review of the appellant's appeal package, all of his attachments, and his Central Files was completed and determined on February 6, 2008, he was assigned to a position number in the Education Department. On that date the appellant submitted his appeal requesting unassignment from education. In preparation for the SLR, the UHR indicates a CAC was issued on February 27, 2008, which listed restrictions as follows: Assignment to a bottom bunk and temporary assignment to a ground floor cell (three months). There was no documentation in his UHR or C File which would prevent him from attending his assignment in education. The appeal was denied at the SLR on March 29, 2008.

**III   DIRECTOR'S LEVEL DECISION:** Appeal is denied.

**A.   FINDINGS:** In requesting a Director's Level of Review (DLR), the appellant simply restates his initial complaint and adds no pertinent facts or points of argument to support his contention that he should be accommodated for his mental health condition with unassignment from education.

In reaching a decision at the DLR, it is noted the appellant was informed that in accordance with the CCR 3043.5 (d)(2); "Only when the inmate's documented limitations are such that the inmate, even with reasonable accommodation, is unable to perform the essential functions of any work, academic, vocational or other such program, will the inmate be placed in one of the two following categories by a classification committee:   Temporary medical/psychiatric unassignment or medically disabled." The appellant is also reminded that on February 27, 2008, he was given a new CAC listing the following

PATRICK BRADFORD, P95665
CASE NO. 0724369
PAGE 2

physical limitations to job assignments: "No prolonged sitting (longer than 30 minutes every hour), no bending, stooping or twisting, and no lifting over 20 pounds." As with his earlier CAC, dated January 9, 2008, the appellant continues to have no physical limitations to job assignments warranting medical or psychiatric unassignment. After considering the evidence and arguments herein, it has been determined the CTF staff acted appropriately on the appellant's request, and no accommodation is warranted at the DLR.

**B.  BASIS FOR THE DECISION:**
Armstrong Remedial Plan: ARPI, ARPII.A, ARPII.B, ARPII.E.1, ARPII.F, ARPIV.I.14, ARPIV.I.17
CCR: 3043.5, 3085, 3350, 3350.1, 3354

**C.  ORDER:** No changes or modifications are required by the Institution.

This decision exhausts the administrative remedy available to the appellant within CDCR.

N. GRANNIS, Chief
Inmate Appeals Branch

cc:    Warden, CTF
       Health Care Manager, CTF
       Appeals Coordinator, CTF
       Medical Appeals Analyst, CTF

1
2
3
4
5
6
7
8
9

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

10
11  Patrick Bradford        Plaintiff,          CASE NO. _____

12                vs.                           **PRISONER'S**
     James E. Tilton,Secretary(CDC)            **APPLICATION TO PROCEED**
13   Ben Curry,Warden,  (CTF)                  **IN FORMA PAUPERIS**
     Joseph Chudy,CMO.  (CTF)
14   Timothy Friederichs,M.D.(CTF)  Defendant

15

16        I, Patrick Bradford ____, declare, under penalty of perjury that I am the plaintiff in

17   the above entitled case and that the information I offer throughout this application is true and correct.

18   I offer this application in support of my request to proceed without being required to prepay the full

19   amount of fees, costs or give security. I state that because of my poverty I am unable to pay the

20   costs of this action or give security, and that I believe that I am entitled to relief.

21        In support of this application, I provide the following information:

22   1.    Are you presently employed?                    Yes ____ No _X_

23   If your answer is "yes," state both your gross and net salary or wages per month, and give the name

24   and address of your employer.

25   Gross: _____ n/a _____ Net: _____ n/a _____

26   Employer: _____ not applicable _____

27   _____

28   If the answer is "no," state the date of last employment and the amount of the gross and net salary

1   and wages per month which you received.   ( If you are imprisoned, specify the last place of

2   employment prior to imprisonment.)

3   _____ June, 2000 _____

4   _____ 2,400/mo. _____

5   _____

6   2.       Have you received, within the past twelve (12) months, any money from any of the following

7   sources:

8        a.    Business, Profession or                          Yes ____ No __X__

9              self employment

10       b.    Income from stocks, bonds,                        Yes ____ No __X__

11             or royalties?

12       c.    Rent payments?                                     Yes ____ No __X__

13       d.    Pensions, annuities, or                            Yes ____ No __X__

14             life insurance payments?

15       e.    Federal or State welfare payments,                 Yes ____ No __X__

16             Social Security or other govern-

17             ment source?

18   If the answer is "yes" to any of the above, describe each source of money and state the amount

19   received from each.

20   _____ not applicable _____

21   _____

22   3.    Are you married?                                      Yes ____ No __X__

23   Spouse's Full Name: _____ not applicable _____

24   Spouse's Place of Employment: ___not applicable_____

25   Spouse's Monthly Salary, Wages or Income: not applicable

26   Gross $_____ 0 _____ Net $_____ 0 _____

27   4.    a.    List amount you contribute to your spouse's support:$ _____ 0 _____

28         b.    List the persons other than your spouse who are dependent upon you for support

                                      NONE

PRIS. APP. TO PROC. IN FORMA PAUPERIS                   - 2 -

1     and indicate how much you contribute toward their support. (NOTE: For minor

2     children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

3     _____ n/a _____

4

5     5.   Do you own or are you buying a home?     Yes ____ No **X**

6     Estimated Market Value: $_____ **O** _____ Amount of Mortgage: $_____ **O** _____

7     6.   Do you own an automobile?     Yes ____ No **X**

8     Make _____ **N?A** _____ Year _____ **n/a** _____ Model _____ **n/a** _____

9     Is it financed? Yes _____ No **X** If so, Total due: $ _____ **n/a** _____

10    Monthly Payment: $ _____ **O** _____

11    7.   Do you have a bank account? Yes ____ No **X** (Do not include account numbers.)

12    Name(s) and address(es) of bank: _____ **n/a** _____

13    _____

14    Present balance(s): $ _____ **O** _____

15    Do you own any cash? Yes ____ No **X** Amount: $ _____ **O** _____

16    Do you have any other assets? (If "yes," provide a description of each asset and its estimated

17    market value.)  Yes ____ No **X**

18    _____

19    8.   What are your monthly expenses?    INCARCERATED INMATE

20    Rent: $ _____ **O** _____ Utilities: _____ **O** _____

21    Food: $ _____ **O** _____ Clothing: _____ **O** _____

22    Charge Accounts:

23    Name of Account     Monthly Payment     Total Owed on This Acct.

24    ___ **O** ___ $ ___ **O** ___ $ ___ **O** ___

25    ___ **O** ___ $ ___ **O** ___ $ ___ **O** ___

26    ___ **O** ___ $ ___ **O** ___ $ ___ **O** ___

27    9.   Do you have any other debts? (List current obligations, indicating amounts and to whom

28    they are payable. Do not include account numbers.)   **NONE**

1                                     not applicable

2

3    10.      Does the complaint which you are seeking to file raise claims that have been presented in

4    other lawsuits?    Yes _____ No $\underline{X}$

5    Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which

6    they were filed.

7                                      none

8

9        · I consent to prison officials withdrawing from my trust account and paying to the court the

10   initial partial filing fee and all installment payments required by the court.

11        I declare under the penalty of perjury that the foregoing is true and correct and understand

12   that a false statement herein may result in the dismissal of my claims.

13

14   _____          _____

15     /DATE                          SIGNATURE OF APPLICANT

16

17

18

19

20

21

22

23

24

25

26

27

28

# PROOF OF SERVICE BY MAIL

## BY PERSON IN STATE CUSTODY

(Fed. R. Civ. P. 5, 28 U.S.C. § 1746)

I, _____ Patrick Bradford _____, declare:

I am over 18 years of age and a party to this action. I am a resident of _____

_____ Correctional Training Facility _____ Prison,

in the county of ___ Monterey _____,

State of California. My prison address is: ___ P.O. Box 689 _____,

_____ Soledad, Calif. 93960 _____

On_____,
(DATE)

I served the attached: ___ 42 U.S.C. 1983 _____

Civil Rights Complaint
(DESCRIBE DOCUMENT)

on the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope, with postage

thereon fully paid, in the United States Mail in a deposit box so provided at the above-named correctional

institution in which I am presently confined. The envelope was addressed as follows:
Clerk of Court
United States District Court
Northern District of California
450 Golden Gate Ave. P.O. Box 36060
San Francisco, Calif. 94102

I declare under penalty of perjury under the laws of the United States of America that the foregoing

is true and correct.

Executed on __8/15/08__      _____
(DATE)                         (DECLARANT'S SIGNATURE)

Cw-69 (Rev. 9/97)                                    ::ODMA\PCDOCS\WORDPERFECT\22832\1
-9-

# PROOF OF SERVICE BY MAIL

## BY PERSON IN STATE CUSTODY

(Fed. R. Civ. P. 5; 28 U.S.C. § 1746)

I, _____Patrick Bradford_____, declare:

I am over 18 years of age and a party to this action. I am a resident of _____

_____Correctional Training Facility_____ Prison,

in the county of _____Monterey_____,

State of California. My prison address is: _____P.O. Box 689_____,

_____ Soledad, Calif. 93960-0689_____.

On_____,
                          (DATE)

I served the attached: _____42 U.S.C. 1983_____

_____Civil Rights Complaint_____

(DESCRIBE DOCUMENT)

on the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope, with postage

thereon fully paid, in the United States Mail in a deposit box so provided at the above-named correctional

institution in which I am presently confined. The envelope was addressed as follows:
Edmund G. Brown Jr. Attorney General
State of California
455 Golden Gate Ave. Suite 11000
San Francisco, Calif. 94102-7004

I declare under penalty of perjury under the laws of the United States of America that the foregoing

is true and correct.

Executed on ___8/15/08___                    _____
                (DATE)                          (DECLARANT'S SIGNATURE)

AO 440 (Rev. 5/85)   Summons in a Civil Action

# United States District Court

Northern
—————————————— DISTRICT OF —————————————— California

Patrick Bradford

### SUMMONS IN A CIVIL ACTION

V.

CASE NUMBER:

James E. Tilton

TO: (Name and Address of Defendant)
James E. Tilton, Secretary
California Department of Corrections
and Rehabilitation
P.O. Box 942883
Sacramento, Calif. 94283-0001

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)
Patrick Bradford, Prisoner I.D. P-95665
Correctional Training Facility
P.O. Box 689
Soledad, Calif. 93960-0689
        In Pro Se

an answer to the complaint which is herewith served upon you, within <u>Twenty (20)</u> days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.
        Defendant is represented by;
        Edmund G. Brown Jr. Attorney General
        State of California
        455 Golden Gate Ave. Suite 11000
        San Francisco, Calif. 94102-7004

**CLERK**                                          **DATE**

**BY DEPUTY CLERK**

AO 440 (Rev. 5/85)   Summons in a Civil Action

# United States District Court

## Northern ——— DISTRICT OF ——— California

Patrick Bradford

**SUMMONS IN A CIVIL ACTION**

v.

Ben Curry

CASE NUMBER:

TO: (Name and Address of Defendant)
Ben Curry, Warden
Correctional Training Facility
P.O. Box 686
Soledad, Calif. 93960-0686

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)
Patrick Bradford, Prisoner I.D. P-95665
Correctional Training Facility
P.O. Box 689
Soledad, Calif. 93960-0689
    In Pro Se

an answer to the complaint which is herewith served upon you, within ___Twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.
Defendant is represented by;
Edmund G. Brown Jr. Attorney General
State of California
455 Golden Gate Ave. Suite 11000
San Francisco, Calif. 94102-7004

CLERK _____    DATE _____

BY DEPUTY CLERK _____

AO 440 (Rev. 5/85)  Summons in a Civil Action

# United States District Court

Northern DISTRICT OF California

Patrick Bradford

## SUMMONS IN A CIVIL ACTION

v.

CASE NUMBER:

Joseph Chudy

TO: (Name and Address of Defendant)
Dr. Joseph Chudy, CMO
Correctional Training Facility
P.O. Box 686
Soledad, Calif. 93960-0686

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Patrick Bradford, Prisoner I.D. P-95665
Correctional Training Facility
P.O. Box 689
Soledad, Calif. 93960-0689
         In Pro Se

an answer to the complaint which is herewith served upon you, within ___Twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Defendant is represented by;
Edmund G. Brown Jr. Attorney General
State of California
455 Golden Gate Ave. Suite 11000
San Francisco, Calif. 94102-7004

CLERK

DATE

BY DEPUTY CLERK

AO 440 (Rev. 5/85)  Summons in a Civil Action

# United States District Court

Northern _____ DISTRICT OF _____ California

Patrick Bradford

### SUMMONS IN A CIVIL ACTION

V.

CASE NUMBER:

Timothy Friederichs

TO: (Name and Address of Defendant)

Dr. Timothy Friederichs
Correctional Training Facility
P.O. Box 686
Soledad, Calif. 93960-0686

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Patrick Bradford, Prisoner I.D. P-95665
Correctional Training Facility
P.O. Box 689
Soledad, Calif. 93960-0689
        In Pro Se

an answer to the complaint which is herewith served upon you, within Twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Defendant is represented by;
Edmund G. Brown Jr. Attorney General
State of California
455 Golden Gate Ave. Suite 11000
San Francisco, Calif. 94102-7004

CLERK _____          DATE _____


BY DEPUTY CLERK

AO 440 (Rev. 5/85)   Summons in a Civil Action

# United States District Court

### Northern DISTRICT OF California

Patrick Bradford

## SUMMONS IN A CIVIL ACTION

V.

CASE NUMBER:

Tilton, Curry, Chudy,
Friederichs, Et. Al.

TO: (Name and Address of Defendant)

Edmund G. Brown Jr. Attorney General
State of California
455 Golden Gate Ave. Suite 11000
San Francisco, Calif. 94102-7004
For the Defendants

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Patrick Bradford, Prisoner I.D. P-95665
Correctional Training Facility
P.O. Box 689
Soledad, Calif. 93960-0689
        In Pro Se

an answer to the complaint which is herewith served upon you, within <u>Twenty (20)</u> days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

**CLERK**

**DATE**

**BY DEPUTY CLERK**


(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I (a) PLAINTIFFS

Patrick Bradford

## DEFENDANTS

James E. Tilton, Secretary, (CDCR)
Ben Curry, Warden, (CTF)
Joseph Chudy, CMO (CTF)
Timothy Friederichs, M.D. (CTF)

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF    Monterey
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT    Sacramento
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
TRACT OF LAND INVOLVED

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Patrick Bradford
Correctional Training Facility
P.O. Box 689
Soledad, Calif. 93960

ATTORNEYS (IF KNOWN)
Edmund G. Brown Jr. Attorney General
455 Golden Gate Ave. Suite 11000
San Francisco, Calif. 94102

## II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒1 | ☐1 | Incorporated or Principal Place of Business in This State | ☒4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

## IV. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE

DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)    42 U.S.C. 1983, constitutionally deficent medical and mental health care, deprivation of reasonable accomodations pursuant to Title II, of the Americans with Disabilities Act (1990)

## V. NATURE OF SUIT (PLACE AN x IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 151 Medicare Act<br>☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholders' Suits<br>☐ 190 Other Contract<br>☐ 195 Contract Product Liability | **PERSONAL INJURY**<br>☐ 310 Airplane<br>☐ 315 Airplane Product Liability<br>☐ 320 Assault, Libel & Slander<br>☐ 330 Federal Employers' Liability<br>☐ 340 Marine<br>☐ 345 Marine Product Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle Product Liability<br>☐ 360 Other Personal Injury | **PERSONAL INJURY**<br>☐ 362 Personal Injury— Med. Malpractice<br>☐ 365 Personal Injury— Product Liability<br>☐ 368 Asbestos Personal Injury Product Liability<br>**PERSONAL PROPERTY**<br>☐ 370 Other Fraud<br>☐ 371 Truth in Lending<br>☐ 380 Other Personal Property Damage<br>☐ 385 Property Damage Product Liability | ☐ 610 Agriculture<br>☐ 620 Other Food & Drug<br>☐ 625 Drug Related Seizure of Property 21 USC 881<br>☐ 630 Liquor Laws<br>☐ 640 R.R. & Truck<br>☐ 650 Airline Regs.<br>☐ 660 Occupational Safety/Health<br>☐ 690 Other<br><br>**LABOR**<br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Railway Labor Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 422 Appeal 28 USC 158<br>☐ 423 Withdrawal 28 USC 157<br><br>**PROPERTY RIGHTS**<br>☐ 820 Copyrights<br>☐ 830 Patent<br>☐ 840 Trademark<br><br>**SOCIAL SECURITY**<br>☐ 861 HIA (1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g))<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g))<br><br>**FEDERAL TAX SUITS**<br>☐ 870 Taxes (U.S. Plaintiff or Defendant)<br>☐ 871 IRS—Third Party 26 USC 7609 | ☐ 400 State Reapportionment<br>☐ 410 Antitrust<br>☐ 430 Banks and Banking<br>☐ 450 Commerce/ICC Rates/etc.<br>☐ 460 Deportation<br>☐ 470 Racketeer Influenced and Corrupt Organizations<br>☐ 810 Selective Service<br>☐ 850 Securities/Commodities/Exchange<br>☐ 875 Customer Challenge 12 USC 3410<br>☐ 891 Agricultural Acts<br>☐ 892 Economic Stabilization Act<br>☐ 893 Environmental Matters<br>☐ 894 Energy Allocation Act<br>☐ 895 Freedom of Information Act<br>☐ 900 Appeal of Fee Determination Under Equal Access to Justice<br>☐ 950 Constitutionality of State Statutes<br>☐ 890 Other Statutory Actions |
| **REAL PROPERTY**<br>☐ 210 Land Condemnation<br>☐ 220 Foreclosure<br>☐ 230 Rent Lease & Ejectment<br>☐ 240 Torts to Land<br>☐ 245 Tort Product Liability<br>☐ 290 All Other Real Property | **CIVIL RIGHTS**<br>☐ 441 Voting<br>☐ 442 Employment<br>☐ 443 Housing/ Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights | **PRISONER PETITIONS**<br>☐ 510 Motions to Vacate Sentence Habeas Corpus<br>☐ 530 General<br>☐ 535 Death Penalty<br>☒ 540 Mandamus & Other<br>☐ 550 Civil Rights | | | |

## VI. ORIGIN (PLACE AN x IN ONE BOX ONLY)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VII. REQUESTED IN COMPLAINT:
CHECK IF THIS IS A CLASS ACTION    No
☐ UNDER F.R.C.P. 23

DEMAND $ 50,000    Check YES only if demanded in complaint:
JURY DEMAND: ☒ YES ☐ NO

## VIII. RELATED CASE(S) (See instructions):
IF ANY    None    JUDGE _____    DOCKET NUMBER _____

DATE _____    SIGNATURE OF ATTORNEY OF RECORD _____

UNITED STATES DISTRICT COURT