ORIGINAL

FILED
AUG 20 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

VRW

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Patrick Bradford   Plaintiff,

vs.

James E. Tilton, Secretary (CDC)
Ben Curry, Warden, (CTF)
Joseph Chudy, CMO. (CTF)
Timothy Friederichs, M.D. (CTF)   Defendant

CASE NO. CV 08 3984 (PR)

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, Patrick Bradford, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.   Are you presently employed?   Yes ___ No _X_

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer.

Gross: ___n/a___   Net: ___n/a___

Employer: ___not applicable___

If the answer is "no," state the date of last employment and the amount of the gross and net salary

| | | |
|---|---|---|
|1| and wages per month which you received. (If you are imprisoned, specify the last place of |
|2| employment prior to imprisonment.) |

3                       June, 2000

4                       2,400/mo.

5

6    2.      Have you received, within the past twelve (12) months, any money from any of the following

7 sources:

8        a.      Business, Profession or                      Yes ____ No _X_

9                 self employment

10       b.      Income from stocks, bonds,                Yes ____ No _X_

11                or royalties?

12       c.      Rent payments?                              Yes ____ No _X_

13       d.      Pensions, annuities, or                       Yes ____ No _X_

14                life insurance payments?

15       e.      Federal or State welfare payments,        Yes ____ No _X_

16                Social Security or other govern-

17                ment source?

18 If the answer is "yes" to any of the above, describe each source of money and state the amount

19 received from each.

20                            not applicable

21

22    3.      Are you married?                            Yes ____ No _X_

23 Spouse's Full Name:         not applicable

24 Spouse's Place of Employment:    not applicable

25 Spouse's Monthly Salary, Wages or Income: not applicable

26 Gross $_____ 0 _____ Net $_____ 0 _____

27    4.    a.     List amount you contribute to your spouse's support:$ ____ 0 ____

28        b.      List the persons other than your spouse who are dependent upon you for support

                              NONE

PRIS. APP. TO PROC. IN FORMA PAUPERIS        - 2 -

```
 1            and indicate how much you contribute toward their support. (NOTE: For minor
 2            children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).
 3    _____n/a_____
 4    _____
 5   5.   Do you own or are you buying a home?        Yes ____ No  X
 6   Estimated Market Value: $____0____  Amount of Mortgage: $____0____
 7   6.   Do you own an automobile?                   Yes ____ No  X
 8   Make ____N?A____  Year ____n/a____  Model ____n/a____
 9   Is it financed? Yes ____ No  X   If so, Total due: $ ____n/a____
10   Monthly Payment: $ ____0____
11   7.   Do you have a bank account? Yes ____ No  X  (Do not include account numbers.)
12   Name(s) and address(es) of bank: ____n/a____
13   _____
14   Present balance(s): $ ____0____
15   Do you own any cash? Yes ____ No  X  Amount: $ ____0____
16   Do you have any other assets? (If "yes," provide a description of each asset and its estimated
17   market value.) Yes ____ No  X
18   _____
19   8.   What are your monthly expenses?    INCARCERATED INMATE
20   Rent: $ ____0____                      Utilities: ____0____
21   Food: $ ____0____                      Clothing:  ____0____
22   Charge Accounts:
23   Name of Account          Monthly Payment          Total Owed on This Acct.
24   ____0____           $ ____0____             $ ____0____
25   ____0____           $ ____0____             $ ____0____
26   ____0____           $ ____0____             $ ____0____
27   9.  Do you have any other debts? (List current obligations, indicating amounts and to whom
28   they are payable. Do not include account numbers.)    NONE
```

```
1  _____not applicable_____
2  _____
3  10.    Does the complaint which you are seeking to file raise claims that have been presented in
4  other lawsuits?  Yes ___  No  X
5  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which
6  they were filed.
7  _____none_____
8  _____
9        I consent to prison officials withdrawing from my trust account and paying to the court the
10 initial partial filing fee and all installment payments required by the court.
11       I declare under the penalty of perjury that the foregoing is true and correct and understand
12 that a false statement herein may result in the dismissal of my claims.
13
14   __8/15/08__                    __Patrick Bradford__
15    /DATE                          SIGNATURE OF APPLICANT
```

PRIS. APP. TO PROC. IN FORMA PAUPERIS                    - 4 -

## PROOF OF SERVICE BY MAIL

### BY PERSON IN STATE CUSTODY

(Fed. R. Civ. P. 5; 28 U.S.C. § 1746)

I, _____ Patrick Bradford _____, declare:

I am over 18 years of age and a party to this action. I am a resident of _____

_____ Correctional Training Facility _____ Prison,

in the county of __ Monterey _____,

State of California. My prison address is: __ P.O. Box 689 _____,

_____ Soledad, Calif. 93960 _____.

On _____,
   (DATE)

I served the attached: __ 42 U.S.C. 1983 _____

_____ Civil Rights Complaint _____
   (DESCRIBE DOCUMENT)

on the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope, with postage thereon fully paid, in the United States Mail in a deposit box so provided at the above-named correctional institution in which I am presently confined. The envelope was addressed as follows:

Clerk of Court
United States District Court
Northern District of California
450 Golden Gate Ave. P.O. Box 36060
San Francisco, Calif. 94102

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on __ 8/15/08 __
   (DATE)

(DECLARANT'S SIGNATURE) Patrick Bradford

Civ-69 (Rev. 9/97)

-9-

::ODMA\PCDOCS\WORDPERFECT\22832\1

PATRICK BRADFORD
P-45665  C-129L
P.O. Box 689 C.T.F. Central
Soledad, CA 93960-0689

LEGAL MAIL

RECEIVED
AUG 20 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

(CLERK OF COURT)
(UNITED STATES DISTRICT COURT)
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVE, P.O. BOX 36060
SAN FRANCISCO, CALIF. 94102

